IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SANDRA L. MAYABB, et al. :

    Plaintiff, : Case No. 3:17cv216

- vs -

                                        Judge Walter H. Rice

LOWE'S HOME CENTERS, LLC :

:

    Defendants.

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Settlement has been reached. Parties are awaiting Probate Court approval.